IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROGER CORDI,

        Appellant,

                                          Case No.     5D21-2101

v.                                      LT Case No. 2018-CA-000021


FRANK W. TAYLOR AND
PAMELA L. TAYLOR,

        Appellees.

_____/

Decision filed September 6, 2022

Appeal from the Circuit Court
for Flagler County,
Terrence Perkins, Judge.

Kristin Rhodus, of Rhodus Law Firm,
PLLC, St. Petersburg, for Appellant.

Jay W. Livingston, of Livingston &
Sword, P.A., Palm Coast, for Appellees.

PER CURIAM.

     AFFIRMED.

EISNAUGLE, NARDELLA and WOZNIAK, JJ., concur.